UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
NOV 16 2006
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-40033-03 |
| Plaintiff, | |
| -vs- | |
| MAX BOLDEN, | ORDER DENYING MOTION BY COUNSEL TO WITHDRAW |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Gary W. Conklin, Attorney for Defendant Max Bolden, has submitted a Motion by Counsel to Withdraw. Doc. 172. The Court held a hearing on the matter on November 16, 2006. Both Counsel and Defendant Max Bolden addressed the Court with regard to the motion. Although Counsel and Defendant disagree on sentencing strategy, the two are able to effectively communicate in a civil manner, and the Court does not believe the interests of justice would be served by granting the motion. Accordingly,

IT IS ORDERED that the Motion by Counsel to Withdraw (Doc. 172) is denied.

Dated this 16th day of November, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
   (SEAL)     DEPUTY